IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHENZHEN DAISILI COMMERCIAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> ACHIFSJOVT, et al., <br><br> Defendants. | Civil Action No. 25-cv-04733-MLB |

## Notice of Dismissal

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff SHENZHEN DAISILI COMMERCIAL CO., LTD. dismisses this action against

- DGHM-JLMY; and
- Chengduyouarefushiyouxiangongsi

without prejudice.

Respectfully submitted,

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
(GA 094951)
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
*Counsel for Plaintiff*

1